# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00062-CV

---

**Nelson Partners, LLC; NP Skyloft Equity, LLC; and Nelson Brothers Property Management, Inc. d/b/a/ Nelson Partners Property Management, Inc., Appellants**

**v.**

**TCG Skyloft Owner, LLC, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-21-001519, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellee TCG Skyloft Owner, LLC filed a motion to dismiss this abated appeal as moot. Appellants Nelson Partners, LLC; NP Skyloft Equity, LLC; and Nelson Brothers Property Management, Inc. d/b/a/ Nelson Partners Property Management, Inc. responded, agreed that the appeal is moot, and requested that this Court dismiss this appeal. We reinstate the appeal, grant the motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed as Moot

Filed:  May 9, 2025